IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS W. HURDLE AND STEPHEN J. NARENDORF, | § § § |
| Plaintiffs, | § § |
| v. | § § § CIVIL ACTION NO.4-08-CV-02615 § § |
| GETRONICS USA, INC., | § § § |
| Defendants. | § |

## JOINT ALTERNATIVE DISPUTE RESOLUTION STATUS REPORT

Plaintiffs Thomas W. Hurdle, Stephen J. Narendorf, Joseph S. Castain Jr., Jaime R. Gonzalez, Charles Maurice Grubb, Luz Maria Mendoza and Robert Wayne Smith, and Defendant Getronics USA, Inc. (collectively, the "Parties") file this Joint Alternative Dispute Resolution Status Report as follows:

1. The Parties have agreed to a full-day mediation with Nancy Huston or another agreed upon mediator on or before August 30, 2009.

Respectfully submitted,

*[signature]* by permission KB
Teresa Valderrama
TBA #20422500
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
713-568-7868 (telephone)
713-568-0405 (fax)
valderrt@jacksonlewis.com

ATTORNEY-IN CHARGE
FOR DEFENDANT

OF COUNSEL:

JACKSON LEWIS, LLP
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
713-650-0404 (telephone)
713-568-0405 (fax)

*[signature]*
Mark Siurek
TBA# 18447900
Fed. ID# 9417
3355 W. Alabama, Suite 1010
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFF

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Fed. ID# 13941
3355 W. Alabama, Suite 1010
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com

LAW OFFICE OF DOUGLAS B. WELMAKER
Douglas B. Welmaker
TBA# 00788641
Fed. ID# 17038
3355 West Alabama, Suite 1010
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
dwelmaker@warrensiurek.com