IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS W. HURDLE, STEPHEN J. NARENDORF, JOSEPH S. CASTAIN JR., JAIME R. GONZALEZ, CHARLES MAURICE GRUBB, LUZ MARIA MENDOZA, and ROBERT WAYNE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> GETRONICS USA, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § § |

CIVIL ACTION NO.4-08-CV-02615

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties appearing in this case stipulate to the final dismissal of this case with prejudice. The parties further stipulate that all costs of court shall be paid by the party incurring same.

Exhibit A

Respectfully submitted,

WARREN & SIUREK, L.L.P.

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
Texas Bar No. 09281925
Fed. ID# 13941
3355 W. Alabama, Ste. 1010
Houston, Texas 77098
(713) 522-0066 (Telephone)
(713) 522-9977 (Fax)

Douglas B. Welmaker
LAW OFFICE OF DOUGLAS B. WELMAKER
Texas Bar No. 00788641
Fed ID# 17038
3355 West Alabama, Ste. 1010
Houston, Texas 77098
(713) 522-0066 (Telephone)
(713) 522-9977 (Fax)

By: /s/ Doug Welmaker
Mark Siurek
Texas Bar No. 18447900
Patricia Haylon
Fed No. 13941
3355 W. Alabama, Suite 1010
Houston, Texas 77098
(713) 522-0066 (Telephone)
(713) 522-9977 (Facsimile)

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

JACKSON LEWIS LLP

By: /s/
Teresa S. Valderrama
State Bar No. 20422500
JACKSON LEWIS LLP
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone: (713) 568-7868
Facsimile: (713) 650-0405
valderrt@jacksonlewis.com

ATTORNEY-IN-CHARGE FOR DEFENDANT

Exhibit A

2