IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS W. HURDLE, STEPHEN J. NARENDORF, JOSEPH S. CASTAIN JR., JAIME R. GONZALEZ, CHARLES MAURICE GRUBB, LUZ MARIA MENDOZA, and ROBERT WAYNE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> GETRONICS USA, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO.4-08-CV-02615 |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending in this matter is the Joint Stipulation of Dismissal with Prejudice ("Stipulation"), filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Stipulation was filed jointly by all parties, who consist of the original named-plaintiffs THOMAS W. HURDLE and STEPHEN J. NARENDORF [docket no. 1], together with consent-plaintiffs JOSEPH S. CASTAIN JR., JAIME R. GONZALEZ, CHARLES MAURICE GRUBB, LUZ MARIA MENDOZA and ROBERT WAYNE SMITH, who converted to party-plaintiffs through the First Amended Complaint filed June 5, 2009 [docket no. 18] (collectively, "Plaintiffs"), and Defendant GETRONICS USA, INC. Plaintiffs and Defendant together are, collectively, the "Parties."

To give effect to the Parties' Stipulation and consistent with Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., it is **ORDERED** that:

(1) this lawsuit is **DISMISSED WITH PREJUDICE** as to all Parties, and

(2) all costs and attorneys' fees shall be borne by the Party incurring same.

SIGNED this 30th day of October, 2009.

_____
LEE H. ROSENTHAL,
UNITED STATES DISTRICT JUDGE